JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:24-cv-09451-DOC-SP                                    Date: December 20, 2024

Title: Sharrod Moten v. Department of Justice et al.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Rolls Royce Paschal for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING CASE**

The Court Clerk mailed Plaintiff Sharrod Moten a Notice dated November 1, 2024 advising him that if he did not respond within thirty days by submitting a Request to Proceed without Preaymnet of Filing Fees or by paying the filing fee, the present case may be dismissed (Dkt. 2). As of December 20, 2024, Plaintiff has not responded. Accordingly, the Court dismisses the case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk: kdu

CIVIL-GEN